■ In the Matter of KACI C. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOHN C., Appellant, et al., Respondent. [23 NYS3d 909]—Appeal from an order of the Family Court, Orange County (Lori Currier Woods, J.), dated March 3, 2014. The order adjourned the proceeding in contemplation of dismissal, upon certain conditions. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which she moves to be relieved of the assignment to prosecute this appeal.

Ordered that the appeal is dismissed, without costs or disbursements; and it is further,

Ordered that counsel's application to be relieved of the assignment to prosecute this appeal is denied as academic.

The father in this child protective proceeding appeals from an order adjourning the proceeding in contemplation of dismissal, upon certain conditions, without a finding of neglect. The appeal must be dismissed as academic, since the proceed-

ing has been dismissed in accordance with that order. Dillon, J.P., Cohen, Maltese and Barros, JJ., concur.